Official Form 1 (04/10)

| United States Bankruptcy Court<br>DISTRICT OF *NEVADA* | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*ANDRE'S FRENCH RESTAURANT, INC.,*<br>*a  Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*dba ANDRE'S AT MONTE CARLO* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *86-0874943* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*3770 LAS VEGAS BLVD. SOUTH*<br>*Las Vegas, NV*    ZIPCODE *89109* | Street Address of Joint Debtor (No. & Street, City, and State):    ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: *CLARK* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*5145 ROGERS ST., #C*<br>*Las Vegas, NV*    ZIPCODE *89118* | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

### Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other *RESTAURANT*

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 04/01/13 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (04/10)                                                                                                    FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ANDRE'S FRENCH RESTAURANT, INC.,<br>a Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) |
|---|---|

| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**      (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts) |
|---|---|
| ☒  Exhibit A is attached and made a part of this petition | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____   *07/07/2011*<br>    Signature of Attorney for Debtor(s)                                     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and exhibit C is attached and made a part of this petition.
☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                                     FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***ANDRE'S FRENCH RESTAURANT, INC.,*** ***a  Corporation*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

(Signature of Foreign Representative)

_____

(Printed name of Foreign Representative)

_____

(Date)

### Signature of Attorney*

**X** ***/s/ Richard McKnight, Esq.***
Signature of Attorney for Debtor(s)

***Richard McKnight, Esq.    001313***
Printed Name of Attorney for Debtor(s)

***LAW OFFICES OF RICHARD McKNIGHT, P.C.***
Firm Name

***330 S. Third Street***
Address

***Suite 900***

***Las Vegas, NV   89101***

***702-388-7185***
Telephone Number

***07/07/2011***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** ***/s/ ANDRE ROCHAT***
Signature of Authorized Individual

***ANDRE ROCHAT***
Printed Name of Authorized Individual

***President***
Title of Authorized Individual

***07/07/2011***
Date

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

In re *ANDRE'S FRENCH RESTAURANT, INC.,*
    *a Corporation*
*dba ANDRE'S AT MONTE CARLO*

Case No.
Chapter   *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is   *N/A*_____ .

2.  The following financial data is the latest available information and refers to the debtor's condition on   _____ .

    a.  Total assets                        $    *190,628.74*
    b.  Total debts (including debts listed in 2.c., below)    $    *3,137,040.41*

    c.  Debt securities held by more than 500 holders.

| Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

    d.  Number of shares of preferred stock                     *NONE*                *NONE*
    e.  Number of shares of common stock                      *NONE*                *NONE*

    Comments, if any:
    *NONE*

3.  Brief description of debtor's business:
    *RESTAURANT*

4.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
    *ANDRE ROCHAT - PRESIDENT- 100%*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

In re  *ANDRE'S FRENCH RESTAURANT, INC.*                            Case No.
    *a  Corporation*                                              Chapter  *11*
       *dba ANDRE'S AT MONTE CARLO*

_____ ,
               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV  89147 | Phone:<br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV  89147 | BUSINESS DEBT/PERSONAL GUARANTEE | C<br>U<br>D | $ 2,069,957.00 |
| 2<br>MARY JANE JARVIS<br>P.O. Box 60232<br>Las Vegas NV  89160 | Phone:<br>MARY JANE JARVIS<br>P.O. Box 60232<br>Las Vegas NV  89160 | BUSINESS DEBT/PERSONAL GUARANTEE | C<br>D | $ 560,000.00 |
| 3<br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV  89147 | Phone:<br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV  89147 | BUSINESS DEBT/PERSONAL GUARANTEE | C<br>U<br>D | $ 250,000.00 |
| 4<br>INTERNAL REVENUE SERVICE<br>110 City Parkway<br>Las Vegas NV  89106 | Phone:<br>INTERNAL REVENUE SERVICE<br>110 City Parkway<br>Las Vegas NV  89106 | 941 TAXES | C<br>U | $ 164,630.00 |
| 5<br>WELLS FARGO<br>PAYMENT REMITANCE CENTER<br>P.O. Box 54349<br>Los Angeles CA  90054-0349 | Phone:<br>WELLS FARGO<br>PAYMENT REMITANCE CENTER<br>P.O. Box 54349<br>Los Angeles CA  90054-0349 | BUSINESS DEBT/PERSONAL GUARANTEE | C<br>D | $ 34,671.00 |

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>*WIRTZ BEVERAGE*<br>*1849 W. Cheyenne Ave.*<br>*North Las Vegas NV  89032* | Phone:<br>*WIRTZ BEVERAGE*<br>*1849 W. Cheyenne Ave.*<br>*North Las Vegas NV  89032* | *BUSINESS DEBT* | C<br>D | $ 12,218.00 |
| 7<br>*VICTORIA PARTNERS, NV PTNR*<br>*c/o MGM Resorts Intl.*<br>*File 749443*<br>*Los Angeles CA  90074-9443* | Phone:<br>*VICTORIA PARTNERS, NV PTNR*<br>*c/o MGM Resorts Intl.*<br>*File 749443*<br>*Los Angeles CA  90074-9443* | *BUSINESS DEBT* | C<br>D | $ 6,945.00 |
| 8<br>*SYSCO FOOD SVCS OF LAS VEGAS*<br>*6201 E. Centennial Pkwy.*<br>*Las Vegas NV  89115* | Phone:<br>*SYSCO FOOD SVCS OF LAS VEGAS*<br>*6201 E. Centennial Pkwy.*<br>*Las Vegas NV  89115* | *BUSINESS DEBT* | C<br>D | $ 5,904.00 |
| 9<br>*MISSION INDUSTRIES*<br>*One West Mayflower Ave.*<br>*North Las Vegas NV  89030* | Phone:<br>*MISSION INDUSTRIES*<br>*One West Mayflower Ave.*<br>*North Las Vegas NV  89030* | *BUSINESS DEBT* | C<br>D | $ 5,564.00 |
| 10<br>*AMERICAN EXPRESS*<br>*BOX 0001*<br>*Los Angeles CA  90096-8000* | Phone:<br>*AMERICAN EXPRESS*<br>*BOX 0001*<br>*Los Angeles CA  90096-8000* | *BUSINESS DEBT/PERSONAL GUARANTEE* | C<br>D | $ 5,313.00 |
| 11<br>*DANKO FOODS INC.*<br>*P.O. Box 7013*<br>*Laguna Niguel CA  92607* | Phone:<br>*DANKO FOODS INC.*<br>*P.O. Box 7013*<br>*Laguna Niguel CA  92607* | *BUSINESS DEBT* | C<br>D | $ 3,553.00 |
| 12<br>*WORLD VARIETY PRODUCE*<br>*P.O. Box 21127*<br>*Los Angeles CA  90021* | Phone:<br>*WORLD VARIETY PRODUCE*<br>*P.O. Box 21127*<br>*Los Angeles CA  90021* | *BUSINESS DEBT* | C<br>D | $ 2,936.00 |

_____     ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>*ESPRESSO WORLD*<br>*3111 South Valley View*<br>*Suite Z-102*<br>*Las Vegas NV  89102* | Phone:<br>*ESPRESSO WORLD*<br>*3111 South Valley View*<br>*Suite Z-102*<br>*Las Vegas NV  89102* | *BUSINESS DEBT* | C<br>D | $ 2,343.00 |
| 14<br>*SOUTHERN WINE & SPIRITS OF NV*<br>*P.O. Box 19299*<br>*Las Vegas NV  89132-0299* | Phone:<br>*SOUTHERN WINE & SPIRITS OF NV*<br>*P.O. Box 19299*<br>*Las Vegas NV  89132-0299* | *BUSINESS DEBT* | C<br>D | $ 1,807.00 |
| 15<br>*ARTISANAL FOODS*<br>*2275 E. Sunset*<br>*Las Vegas NV  89118* | Phone:<br>*ARTISANAL FOODS*<br>*2275 E. Sunset*<br>*Las Vegas NV  89118* | *BUSINESS DEBT* | C<br>D | $ 1,752.00 |
| 16<br>*LLOYDS REFRIGERATION*<br>*5701 W. Sunset Rd.*<br>*Las Vegas NV  89118* | Phone:<br>*LLOYDS REFRIGERATION*<br>*5701 W. Sunset Rd.*<br>*Las Vegas NV  89118* | *BUSINESS DEBT* | C<br>D | $ 1,282.00 |
| 17<br>*PRO CLEAN*<br>*P.O. Box 18250*<br>*Phoenix AZ  85005-8250* | Phone:<br>*PRO CLEAN*<br>*P.O. Box 18250*<br>*Phoenix AZ  85005-8250* | *BUSINESS DEBT* | C<br>D | $ 1,216.00 |
| 18<br>*EPICURE IMPORTS*<br>*c/o ACCOUNTING DEPT.*<br>*P.O. Box 225*<br>*Santa Clara CA  95052-0225* | Phone:<br>*EPICURE IMPORTS*<br>*c/o ACCOUNTING DEPT.*<br>*P.O. Box 225*<br>*Santa Clara CA  95052-0225* | *BUSINESS DEBT* | C<br>D | $ 1,142.00 |
| 19<br>*MEADOW GOLD*<br>*6350 East Centennial Parkway*<br>*Las Vegas NV  89115* | Phone:<br>*MEADOW GOLD*<br>*6350 East Centennial Parkway*<br>*Las Vegas NV  89115* | *BUSINESS DEBT* | C<br>D | $ 1,025.00 |
| 20<br>*PRAML INTERNATIONAL, LTD.*<br>*P.O. Box 98079*<br>*Las Vegas NV  89193* | Phone:<br>*PRAML INTERNATIONAL, LTD.*<br>*P.O. Box 98079*<br>*Las Vegas NV  89193* | *BUSINESS DEBT* | C<br>D | $ 919.00 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *ANDRE ROCHAT* , *President* of the *Corporation* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *7/7/2011*

Signature */s/ ANDRE ROCHAT*

Name: *ANDRE ROCHAT*

Title: *President*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

In re *ANDRE'S FRENCH RESTAURANT, INC.,*
     *a Corporation*
     *dba ANDRE'S AT MONTE CARLO*

          Case No.
          Chapter   *11*

_____ / Debtor

Attorney for Debtor:   **Richard McKnight, Esq.**

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| *1* | *GASTRONOMY MANAGEMENT GROUP* <br> *5145 Rogers St., #C* <br> *Las Vegas NV 89118* | *14,000.000* | *100%* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LIST OF EQUITY SECURITY HOLDERS**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, **ANDRE ROCHAT**_____, **President**_____ of the **corporation**_____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the

best of my knowledge, information and belief.


Date: **07/07/2011**_____               Signature: **/s/ ANDRE ROCHAT**_____

                                                      Name: **ANDRE ROCHAT**

                                                       Title: **President**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

In re *ANDRE'S FRENCH RESTAURANT, INC., a  Corporation*

*dba ANDRE'S AT MONTE CARLO*

Case No.

Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          *0.00* | | |
| B-Personal Property | *Yes* | *3* | $     *190,628.74* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $          *0.00* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $     *164,630.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *7* | | $   *2,972,410.41* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *No* | *0* | | | $          *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *No* | *0* | | | $          *0.00* |
| TOTAL | | *16* | $     *190,628.74* | $   *3,137,040.41* | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

In re *ANDRE'S FRENCH RESTAURANT, INC., a  Corporation*

Case No.

Chapter  *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re <u>ANDRE'S FRENCH RESTAURANT, INC., a Corporation</u>       Case No. _____
            Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, <u>ANDRE ROCHAT</u>                    , <u>President</u>            of the <u>Corporation</u>
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   <u>17</u>   sheets,
and that they are true and correct to the best of my knowledge, information, and belief.


Date:  <u>7/7/2011</u>                        Signature  <u>/s/ ANDRE ROCHAT</u>
                                                        Name: *ANDRE ROCHAT*
                                                        Title:  *President*


        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Case 11-20807-lbr    Doc 1    Entered 07/08/11 10:03:50    Page 14 of 48

In re <u>**ANDRE'S FRENCH RESTAURANT, INC.**</u> ,

Debtor(s)

Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |

No continuation sheets attached

**TOTAL $**

**(Report also on Summary of Schedules.)**

*0.00*

B6B (Official Form 6B) (12/07)

In re __ANDRE'S FRENCH RESTAURANT, INC._____,    Case No. _____

           Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value<br>of Debtor's Interest,<br>in Property Without<br>Deducting any<br>Secured Claim or<br>Exemption |
|---|---|---|---|---|
| 1. **Cash on hand.** | X | | | |
| 2. **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | | *BANK OF GEORGE GENERAL ACCOUNT*<br>*Bank account balance $-39,458.46*<br><br>*BANK OF GEORGE MONEY MARKET ACCOUNT*<br><br>*BANK OF GEORGE PAYROLL ACCOUNT*<br>*Bank account balance $-3,615.11* | | $ 0.00<br><br><br>$ 43,075.09<br><br>$ 0.00 |
| 3. **Security deposits with public utilities, telephone companies, landlords, and others.** | X | | | |
| 4. **Household goods and furnishings, including audio, video, and computer equipment.** | X | | | |
| 5. **Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | X | | | |
| 6. **Wearing apparel.** | X | | | |
| 7. **Furs and jewelry.** | X | | | |
| 8. **Firearms and sports, photographic, and other hobby equipment.** | X | | | |
| 9. **Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.** | X | | | |
| 10. **Annuities. Itemize and name each issuer.** | X | | | |
| 11. **Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).)** | X | | | |

In re __ANDRE'S FRENCH RESTAURANT, INC._____,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *ACCOUNTS RECEIVABLE* | | $ 1,164.82 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *OFFICE EQUIPMENT, FURNISHINGS, & SUPPLIES Location: In debtor's possession* | | $ 2,625.00 |

In re  *ANDRE'S FRENCH RESTAURANT, INC.*            ,      Case No. _____

         Debtor(s)                                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Tables and chairs in Restaurant Location: In debtor's possession | | $ 5,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | MACHINERY, FIXTURES, EQUIPMENT, & SUPPLIES Location: In debtor's possession | | $ 4,161.83 |
| 30. Inventory. | | FOOD INVENTORY Location: In debtor's possession | | $ 7,400.00 |
| | | LIQUOR INVENTORY Location: In debtor's possession | | $ 30,133.00 |
| | | WINE INVENTORY Location: In debtor's possession | | $ 97,069.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➡      $ 190,628.74

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re ANDRE'S FRENCH RESTAURANT, INC. _____ ,    Case No._____
                              Debtor(s)                                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | |
| Account No: | | | | | | | | |
| | | | Value: | | | | | |
| Account No: | | | | | | | | |
| | | | Value: | | | | | |
| Account No: | | | | | | | | |
| | | | Value: | | | | | |
| No continuation sheets attached | | | **Subtotal $**<br>(Total of this page) | | | | $ 0.00 | $ 0.00 |
| | | | **Total $**<br>(Use only on last page) | | | | $ 0.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re ANDRE'S FRENCH RESTAURANT, INC. _____ ,          Case No. _____
           Debtor(s)                                                                       (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_     **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re ANDRE'S FRENCH RESTAURANT, INC. ,                    Case No._____
_____
**Debtor(s)**                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No: *86-0874943* | X | | | X | X | | $164,630.00 | $164,630.00 | $ 0.00 |
| *Creditor # : 1* *INTERNAL REVENUE SERVICE* *110 City Parkway* *Las Vegas NV 89106* | | *941 TAXES* | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |
| Account No: | | | | | | | | | |
| | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| **Subtotal $** (Total of this page) | 164,630.00 | 164,630.00 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 164,630.00 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 164,630.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re  ANDRE'S FRENCH RESTAURANT, INC. _____ ,          Case No. _____
                         **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6-0200 | X | | | X | | X | $ 5,313.00 |
| Creditor # : 1 AMERICAN EXPRESS BOX 0001 Los Angeles CA 90096-8000 | | | BUSINESS DEBT/PERSONAL GUARANTEE | | | | |
| Account No: | | | | X | | X | $ 30.27 |
| Creditor # : 2 AQUA CHILL, INC. #10 P.O. Box 24742 Tempe AZ 85285-4742 | | | BUSINESS DEBT | | | | |
| Account No: | | | | X | | X | $ 1,752.00 |
| Creditor # : 3 ARTISANAL FOODS 2275 E. Sunset Las Vegas NV 89118 | | | BUSINESS DEBT | | | | |
| Account No: | | | | X | | X | $ 117.00 |
| Creditor # : 4 BIG WAVE SEAFOOD 48 Harvest Lane Mystic CT 06355 | | | BUSINESS DEBT | | | | |

_6_ continuation sheets attached                                          Subtotal $      | $ 7,212.27
                                                                          Total $          |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re ANDRE'S FRENCH RESTAURANT, INC. ,                    Case No.
                    Debtor(s)                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>BLUE BIRD CARPET CLEANING CO.<br>P.O. Box 14961<br>Las Vegas NV 89114 | | | BUSINESS DEBT | X | | X | $ 450.00 |
| Account No:<br>Creditor # : 6<br>CHEFS CHOICE<br>6165 Harrison Dr., Unit 13<br>Las Vegas NV 89109-4337 | | | BUSINESS DEBT | X | | X | $ 157.00 |
| Account No:<br>Creditor # : 7<br>DANKO FOODS INC.<br>P.O. Box 7013<br>Laguna Niguel CA 92607 | | | BUSINESS DEBT | X | | X | $ 3,553.00 |
| Account No:<br>Creditor # : 8<br>ECOLAB PEST ELIMINATION SVCS<br>P.O. Box 6007<br>Mesa AZ 85206-6007 | | | BUSINESS DEBT | X | | X | $ 621.00 |
| Account No:<br>Creditor # : 9<br>EPICURE IMPORTS<br>c/o ACCOUNTING DEPT.<br>P.O. Box 225<br>Santa Clara CA 95052-0225 | | | BUSINESS DEBT | X | | X | $ 1,142.00 |
| Account No:<br>Creditor # : 10<br>ESPRESSO WORLD<br>3111 South Valley View<br>Suite Z-102<br>Las Vegas NV 89102 | | | BUSINESS DEBT | X | | X | $ 2,343.00 |

Sheet No. 1 of 6 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 8,266.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _ANDRE'S FRENCH RESTAURANT, INC._____ ,          Case No._____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 11 <br> GREG ENGELHARDT <br> 6332 Dayton Ave. <br> Las Vegas NV 89107 | | | BUSINESS DEBT | X | | X | $ 234.00 |
| Account No: <br> Creditor # : 12 <br> LAS VEGAS GOURMET IMPORTS <br> P.O. Box 96391 <br> Las Vegas NV 89193 | | | BUSINESS DEBT | X | | X | $ 55.00 |
| Account No: <br> Creditor # : 13 <br> LAYTON LAYTON & TOBLER LLP <br> 606 S. Ninth St. <br> Las Vegas NV 89101 | | | BUSINESS DEBT | X | | X | $ 715.00 |
| Account No: <br> Creditor # : 14 <br> LLOYDS REFRIGERATION <br> 5701 W. Sunset Rd. <br> Las Vegas NV 89118 | | | BUSINESS DEBT | X | | X | $ 1,282.00 |
| Account No: <br> Creditor # : 15 <br> LV GOURMET, LLC <br> P.O. Box 96391 <br> Las Vegas NV 89193 | | | BUSINESS DEBT | X | X | X | $ 230.00 |
| Account No: <br> Creditor # : 16 <br> MARY JANE JARVIS <br> P.O. Box 60232 <br> Las Vegas NV 89160 | X | | BUSINESS DEBT/PERSONAL GUARANTEE | X | | X | $ 560,000.00 |

Sheet No. __2__ of __6__ continuation sheets attached to Schedule of          Subtotal $       $ 562,516.00
Creditors Holding Unsecured Nonpriority Claims                                              Total $
                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re ANDRE'S FRENCH RESTAURANT, INC. ,                              Case No. _____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 17<br>MEADOW GOLD<br>6350 East Centennial Parkway<br>Las Vegas NV 89115 | | | BUSINESS DEBT | X | | X | $ 1,025.00 |
| Account No:<br>Creditor # : 18<br>MELLANO & COMPANY<br>6825 South Valley View, #B<br>Las Vegas NV 89118 | | | BUSINESS DEBT | X | | X | $ 0.14 |
| Account No:<br>Creditor # : 19<br>MIKUNI<br>250 H St.<br>Blaine WA 98230 | | | BUSINESS DEBT | X | | X | $ 121.00 |
| Account No:<br>Creditor # : 20<br>MISSION INDUSTRIES<br>One West Mayflower Ave.<br>North Las Vegas NV 89030 | | | BUSINESS DEBT | X | | X | $ 5,564.00 |
| Account No:<br>Creditor # : 21<br>MONTE CARLO RESORT & CASINO<br>c/o MGM International<br>File 749443<br>Los Angeles CA 90074-9443 | | | BUSINESS DEBT | X | | X | $ 62.00 |
| Account No:    101282<br>Creditor # : 22<br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV 89147 | | | BUSINESS DEBT/PERSONAL GUARANTEE | X | X | X | $ 250,000.00 |

Sheet No. 3 of 6 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 256,772.14

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re ANDRE'S FRENCH RESTAURANT, INC. _____ ,        Case No. _____

Debtor(s)                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   101281<br>Creditor # : 23<br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV 89147 | X | | BUSINESS DEBT/PERSONAL GUARANTEE | X | X | X | $ 2,069,957.00 |
| Account No:<br>Creditor # : 24<br>PRAML INTERNATIONAL, LTD.<br>P.O. Box 98079<br>Las Vegas NV 89193 | | | BUSINESS DEBT | X | | X | $ 919.00 |
| Account No:<br>Creditor # : 25<br>PREMIER MEAT CO.<br>P.O. Box 58183<br>Los Angeles CA 90058 | | | BUSINESS DEBT | X | | X | $ 205.00 |
| Account No:<br>Creditor # : 26<br>PRO CLEAN<br>P.O. Box 18250<br>Phoenix AZ 85005-8250 | | | BUSINESS DEBT | X | | X | $ 1,216.00 |
| Account No:<br>Creditor # : 27<br>SABATINO NORTH AMERICA - LV<br>330 Coster St.<br>Bronx NY 10474 | | | BUSINESS DEBT | X | | X | $ 38.00 |
| Account No:<br>Creditor # : 28<br>SOUTHERN WINE & SPIRITS OF NV<br>P.O. Box 19299<br>Las Vegas NV 89132-0299 | | | BUSINESS DEBT | X | | X | $ 1,807.00 |

Sheet No.  4  of  6  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 2,074,142.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _ANDRE'S FRENCH RESTAURANT, INC._____ ,      Case No._____
           **Debtor(s)**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 29 <br> SYSCO FOOD SVCS OF LAS VEGAS <br> 6201 E. Centennial Pkwy. <br> Las Vegas NV 89115 | | | BUSINESS DEBT | X | | X | $ 5,904.00 |
| Account No: <br> Creditor # : 30 <br> TANYA BUCHANAN <br> 8112 Azure Falls Ct. <br> Las Vegas NV 89117 | | | | X | | X | $ 97.00 |
| Account No: <br> Creditor # : 31 <br> URBANI TRUFFLES USA CORP. <br> 1 SELLECK ST., #1B <br> Norwalk CT 06855 | | | BUSINESS DEBT | X | | X | $ 265.00 |
| Account No: <br> Creditor # : 32 <br> VICTORIA PARTNERS, NV PTNR <br> c/o MGM Resorts Intl. <br> File 749443 <br> Los Angeles CA 90074-9443 | | | BUSINESS DEBT | X | | X | $ 6,945.00 |
| Account No: 5474643171350187 <br> Creditor # : 33 <br> WELLS FARGO <br> PAYMENT REMITANCE CENTER <br> P.O. Box 54349 <br> Los Angeles CA 90054-0349 | X | | BUSINESS DEBT/PERSONAL GUARANTEE | X | | X | $ 34,671.00 |
| Account No: <br> Creditor # : 34 <br> WEST COAST PRIME MEATS <br> 2004 E. 67th St. <br> Los Angeles CA 90001 | | | BUSINESS DEBT | X | | X | $ 466.00 |

Sheet No. __5__ of ___6__ continuation sheets attached to Schedule of                    Subtotal $     | $ 48,348.00
Creditors Holding Unsecured Nonpriority Claims                                                Total $     |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**B6F (Official Form 6F) (12/07)    - Cont.**

In re _ANDRE'S FRENCH RESTAURANT, INC._____ ,        Case No. _____

**Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 35 *WIRTZ BEVERAGE* *1849 W. Cheyenne Ave.* *North Las Vegas NV 89032* | | | *BUSINESS DEBT* | X | | X | $ 12,218.00 |
| Account No: Creditor # : 36 *WORLD VARIETY PRODUCE* *P.O. Box 21127* *Los Angeles CA 90021* | | | *BUSINESS DEBT* | X | | X | $ 2,936.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _6_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 15,154.00 |
|---|---|---|
| (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related) | **Total $** | $ 2,972,410.41 |

In re <u>**ANDRE'S FRENCH RESTAURANT, INC.**</u>_____ / Debtor        Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *DIRECT CAPITAL CORPORATION*<br>*P.O. Box 643451*<br>*Cincinnati OH   45264-3451* | Contract Type:*Restaurant Equipment Lease*<br>Terms:*Monthly ($370.46)*<br>Beginning date:*9/24/2008*<br>Debtor's Interest:*Lessee*<br>Description:*BAR COOLERS*<br><br>Buyout Option:*Yes (08/13/2011)* |
| *FINANCIAL PACIFIC LEASING*<br>*P.O. Box 749642*<br>*Los Angeles CA   90074-9642* | Contract Type:*Restaurant Equipment Lease*<br>Terms:*Monthly ($1,190.27)*<br>Beginning date:*12/9/2008*<br>Debtor's Interest:*Lessee*<br>Description:*WALK IN COOLER*<br><br>Buyout Option:*Yes (10/09/2011)* |
| *FINANCIAL PACIFIC LEASING*<br>*P.O. Box 749642*<br>*Los Angeles CA   90074-9642* | Contract Type:*Restaurant Furniture Lease*<br>Terms:*Monthly ($919.06)*<br>Beginning date:*2/23/2009*<br>Debtor's Interest:*Lessee*<br>Description:*Dining Room Booths*<br><br>Buyout Option:*Yes (11/23/2011)* |
| *SOVEREIGN BANK*<br>*P.O. Box 14833*<br>*Reading PA   19612-4833* | Contract Type:*Restaurant Equipment Lease*<br>Terms:*Monthly ($1223.19)*<br>Beginning date:*1/15/2010*<br>Debtor's Interest:*Lessee*<br>Description:*Wine Racks*<br><br>Buyout Option:*Yes (07/15/2011)* |
| *VICTORIA PARTNERS, NV PTNR* | Contract Type:*Non-residential lease * **<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |

Page <u>   1   </u> of <u>   1   </u>

B6H (Official Form 6H) (12/07)

In re __ANDRE'S FRENCH RESTAURANT, INC._____ / Debtor        Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| ALIZE | MARY JANE JARVIS<br>P.O. Box 60232<br>Las Vegas NV  89160<br><br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV  89147 |
| ANDRE ROCHAT<br>1808 S. 15th ST.<br>Las Vegas NV  89104 | AMERICAN EXPRESS<br>BOX 0001<br>Los Angeles CA  90096-8000<br><br>INTERNAL REVENUE SERVICE<br>110 City Parkway<br>Las Vegas NV  89106<br><br>MARY JANE JARVIS<br>P.O. Box 60232<br>Las Vegas NV  89160<br><br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV  89147<br><br>WELLS FARGO<br>PAYMENT REMITANCE CENTER<br>P.O. Box 54349<br>Los Angeles CA  90054-0349 |
| GASTRONOMY MANAGEMENT | MARY JANE JARVIS<br>P.O. Box 60232<br>Las Vegas NV  89160<br><br>PLAZA BANK<br>8275 W. Flamingo Rd.<br>Las Vegas NV  89147 |

Page __1__ of __1__

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

In re: *ANDRE'S FRENCH RESTAURANT, INC.,*                              Case No.
   *a  Corporation*
   *dba ANDRE'S AT MONTE CARLO*

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                      SOURCE

*Year to date: $64,825.51*           *ANDRE'S FRENCH  RESTAURANT*
*Last Year:    <$290,431>*           *ANDRE'S FRENCH  RESTAURANT*
*Year before:<$940,867>*             *ANDRE'S FRENCH  RESTAURANT*

---

### 2. Income other than from employment or operation of business

None ☒
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: DANKO FOODS INC.<br>Address: P.O. Box 7013<br>       Laguna Niguel, CA 92607 | 03/29/11<br>04/28/11<br>06/15/11 | $2,558.15<br>$4,024.34<br>$2,865.75 | $3,553.75 |
| Creditor: MISSION INDUSTRIES<br>Address: 1 W. Mayflower Ave.<br>       N. Las Vegas, NV 89030 | 03/22/11<br>04/13/11<br>05/17/11 | $2,911.47<br>$4,222.62<br>$3,316.86 | $8,308.99 |
| Creditor: MONTE CARLO RESORT & CASINO<br>Address: MGM MIRAGE<br>       FILE 749443<br>       LOS ANGELES, CA 90074 | 04/02/11<br>04/09/11<br>04/30/11<br>05/14/11<br>05/21/11 | $2,050<br>$309.75<br>$2,050<br>$149.25<br>$2,050 | $62.25 |
| Creditor: NEVADA EMPLOYMENT SECURITY<br>Address: 500 E. Third St.<br>       Carson City, NV 89713-0030 | 04/29/11 | $5,633.28 | $0.00 |
| Creditor: NV DEPARTMENT OF TAXATION<br>Address: P.O. Box 52609<br>       Phoenix, AZ 85072-2609 | 03/22/11<br>04/29/11<br>05/31/11 | $12,268.05<br>$17,102.53<br>$12,505.67 | $12,356.18 |
| Creditor: PRAML INTERNATIONAL, LTD.<br>Address: P.O. Box 98079 | 03/16/11<br>thru<br>06/11/11 | $13,517.58 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Las Vegas, NV  89193* | | | |
| *Creditor: SOUTHERN WINE & SPIRITS OF NEVADA* <br> *Address: P.O. Box 19299* <br> *Las Vegas, NV  89299* | *03/15/11* <br> *thru* <br> *06/13/11* | *$19,741.48* | *$1,807.48* |
| *Creditor: SYSCO FOOD SERVICES OF LV* <br> *Address: 6201 E. Centennial Pkwy.* <br> *Las Vegas, NV  89115* | *03/18/11* <br> *thru* <br> *06/03/11* | *$19,064.10* | *$7,154.64* |
| *Creditor: UNITED STATES TREASURY* <br> *Address:* | *03/18/11* <br> *thru* <br> *06/10/11* | *$61,762.38* | *$131,175* |
| *Creditor: VICTORIA PARTNERS, A NV PARTNERSHIP* <br> *Address: MGM MIRAGE* <br> *FILE 749443* <br> *LOS ANGELES, CA 90074* | *03/19/11* <br> *thru* <br> *06/11/11* | *$49,815.28* | *$6,945.72* |
| *Creditor: WEST COAST PRIME MEATS* <br> *Address: 2004 E. 67th Street* <br> *Los Angeles, CA 90001* | *04/04/11* <br> *thru* <br> *06/15/11* | *$13,434.66* | *$446.30* |
| *Creditor: WIRTZ BEVERAGE NEVADA* <br> *Address: 1849 W. Cheyenne Ave.* <br> *N. Las Vegas, NV 89032* | *03/17/11* <br> *thru* <br> *06/10/11* | *$25,802.16* | *$12,080.98* |
| *Creditor: WORLD VARIETY PRODUCE, INC.* <br> *Address: P.O. Box 21127* <br> *Los Angeles, CA 90021* | *03/23/11* <br> *thru* <br> *06/15/11* | *$-9,611.85* | *$2,936.75* |

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless

the spouses are separated and a joint petition is not filed.)

| None | |
|---|---|
| ☒ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 5. Repossessions, foreclosures and returns

| None | |
|---|---|
| ☒ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 6. Assignments and receiverships

| None | |
|---|---|
| ☒ | a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| None | |
|---|---|
| ☒ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 7. Gifts

| None | |
|---|---|
| ☐ | List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| *Name: THREE SQUARE Address: 4190 N. Pecos Rd. Las Vegas, NV 89115* | *N/A* | *09/09/10* | *Description: Donation Value: $1,185.00* |

## 8. Losses

| None | |
|---|---|
| ☒ | List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 9. Payments related to debt counseling or bankruptcy

| None | |
|---|---|
| ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Richard McKnight, Esq.*<br>*Address:*<br>*330 S. Third Street*<br>*Suite 900*<br>*Las Vegas, NV 89101* | *Date of Payment: 7/7/11*<br>*Payor: ANDRE'S FRENCH RESTAURANT, INC.* | *$5,000* |

---

**10. Other transfers**

None 

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *ANDRE'S FRENCH RESTAURANT, INC.* | *TaxPayer ID:*    *86-0874943* | *3770 Las Vegas Blvd. S.*   *Las Vegas, NV* | *Restaurant* | *12/12/96 to Present* |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | *89109* | | | |

---

None ☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name: MARIE PUHALSKI (Bookkeeper)* *Address: 521 Crimson View PL.* *Las Vegas, NV  89144* | *Dates: 1997-Present* |
| *Name: LAYTON LAYTON & TOBLER (CPA)* *Address: 606 S. 9th St.* *Las Vegas, NV  89101* | *Dates: Current* |

---

None ☐  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| *LAYTON LAYTON & TOBLER* | *606 S. 9th St.* *Las Vegas, NV  89101* | *Dates: Prepares Quarterly & Annual Statements & Returns* |

---

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME

ADDRESS

DATES ISSUED

*PLAZA BANK*

*8275 W. Flamingo Rd.*
*Las Vegas, NV  89147*

*Dates: Periodically*
*            2010 - May*
*2011*

## 20. Inventories

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE
OF INVENTORY

INVENTORY SUPERVISOR

DOLLAR AMOUNT
OF INVENTORY
(Specify cost, market or other basis)

*Last: 5/30/11*

*Prior: 4/30/11*

*Supervisor: Joseph Marsco*

*Value: $245,118.25*
*Basis: Cost*

*Value: $255,659.47*
*Basis: Cost*

None ☐  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE
OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

*Last: 5/31/11*

*Custodian: Joseph Marsco*
*Address: 6203 Whitelion Walk St.*
*          Las Vegas, NV  89148*

## 21. Current Partners, Officers, Directors and Shareholders

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS

TITLE

NATURE AND
PERCENTAGE OF STOCK OWNERSHIP

*Name: JOSEPH MARSCO*
*Address: 5145 Rogers St., #C*
*          Las Vegas, NV  89118*

*Director*
*Security*
*Treasurer*

---

*Name: ANDRE ROCHAT*
*Address: 5145 Rogers St., #C*
*          Las Vegas, NV  89118*

*President*

**22. Former partners, officers, directors and shareholders**

None

☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None

☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None

☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None

☐    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

NAME OF PARENT CORPORATION                   TAXPAYER-IDENTIFICATION NUMBER (EIN)

*Name: GASTRONOMY MANAGEMENT GROUP*          *ID#: 20-2100533*

**25. Pension Funds.**

None

☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceeding the commencement of the case.

NAME OF PENSION FUND                             TAXPAYER-IDENTIFICATION NUMBER (EIN)

*Name: SOUTHWEST PENSION SERVICES*          *ID#: 88-0159973*
*-NATIONWIDE-*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  _07/07/2011_ _____      Signature  _/s/ ANDRE ROCHAT_ _____

_ANDRE ROCHAT_ _____      _President_ _____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA
# SOUTHERN DIVISION

In re  **ANDRE'S FRENCH RESTAURANT, INC., a Corporation**
**dba ANDRE'S AT MONTE CARLO**

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor:  *Richard McKnight, Esq.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*5,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*5,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*

3.  $____*1,039.00*____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *07/07/2011*                    Respectfully submitted,

                         X*/s/ Richard McKnight, Esq.*_____
        Attorney for Petitioner:*Richard McKnight, Esq.*
                         *LAW OFFICES OF RICHARD McKNIGHT, P.C.*
                         *330 S. Third Street*
                         *Suite 900*
                         *Las Vegas NV  89101*
                         *702-388-7185*
                         *mcknightlaw@cox.net*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA
# SOUTHERN DIVISION

In re *ANDRE'S FRENCH RESTAURANT, INC.,*
   *a  Corporation*
   *dba ANDRE'S AT MONTE CARLO*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *Richard McKnight, Esq.*

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *07/07/2011*_____

*/s/ ANDRE ROCHAT*_____
Debtor

ANDRE'S FRENCH RESTAURANT, INC.
5145 ROGERS ST., #C
Las Vegas, NV  89118

Richard McKnight, Esq.
330 S. Third Street
Suite 900
Las Vegas, NV  89101

ALIZE

AMERICAN EXPRESS
BOX 0001
Los Angeles, CA  90096-8000

ANDRE ROCHAT
1808 S. 15th ST.
Las Vegas, NV  89104

AQUA CHILL, INC. #10
P.O. Box 24742
Tempe, AZ  85285-4742

ARTISANAL FOODS
2275 E. Sunset
Las Vegas, NV  89118

BIG WAVE SEAFOOD
48 Harvest Lane
Mystic, CT  06355

BLUE BIRD CARPET CLEANING CO.
P.O. Box 14961
Las Vegas, NV  89114

CHEFS CHOICE
6165 Harrison Dr., Unit 13
Las Vegas, NV  89109-4337

CLARK COUNTY ASSESSOR
c/o BANKRUPTCY CLERK
500 S. GRAND CENTRL PARKWAY
P.O. BOX #551401
Las Vegas, NV  89155-1401

CLARK COUNTY TREASURER
c/o BANKRUPTCY CLERK
500 S. GRAND CENTRAL PARKWAY
P.O. BOX #551220
Las Vegas, NV  89155-1220

DANKO FOODS INC.
P.O. Box 7013
Laguna Niguel, CA  92607

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 E. THIRD STREET
Carson City, NV  89713

DIRECT CAPITAL CORPORATION
P.O. Box 643451
Cincinnati, OH  45264-3451

ECOLAB PEST ELIMINATION SVCS
P.O. Box 6007
Mesa, AZ  85206-6007

EPICURE IMPORTS
c/o ACCOUNTING DEPT.
P.O. Box 225
Santa Clara, CA  95052-0225

ESPRESSO WORLD
3111 South Valley View
Suite Z-102
Las Vegas, NV  89102

FINANCIAL PACIFIC LEASING
P.O. Box 749642
Los Angeles, CA  90074-9642

GASTRONOMY MANAGEMENT

GASTRONOMY MANAGEMENT GROUP
5145 Rogers St., #C
Las Vegas, NV  89118

GREG ENGELHARDT
6332 Dayton Ave.
Las Vegas, NV  89107

INTERNAL REVENUE SERVICE
P.O. BOX #7346
Philadelphia, PA  19101-7346

INTERNAL REVENUE SERVICE
110 City Parkway
Las Vegas, NV  89106

LAS VEGAS GOURMET IMPORTS
P.O. Box 96391
Las Vegas, NV  89193

LAYTON LAYTON & TOBLER LLP
606 S. Ninth St.
Las Vegas, NV  89101

LEWIS MALDONADO
US EPA REGION 9 BK CONTACT
OFFICE OF REGIONAL COUNSEL, ORC-3
75 HAWTHORNE STREET
San Francisco, CA  94105

LLOYDS REFRIGERATION
5701 W. Sunset Rd.
Las Vegas, NV  89118

LV GOURMET, LLC
P.O. Box 96391
Las Vegas, NV  89193

MARY JANE JARVIS
P.O. Box 60232
Las Vegas, NV  89160

MEADOW GOLD
6350 East Centennial Parkway
Las Vegas, NV  89115

MELLANO & COMPANY
6825 South Valley View, #B
Las Vegas, NV  89118

MIKUNI
250 H St.
Blaine, WA  98230

MISSION INDUSTRIES
One West Mayflower Ave.
North Las Vegas, NV  89030

MONTE CARLO RESORT & CASINO
c/o MGM International
File 749443
Los Angeles, CA  90074-9443

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE, #1300
Las Vegas, NV  89101

PLAZA BANK
8275 W. Flamingo Rd.
Las Vegas, NV  89147

PRAML INTERNATIONAL, LTD.
P.O. Box 98079
Las Vegas, NV  89193

PREMIER MEAT CO.
P.O. Box 58183
Los Angeles, CA  90058

PRO CLEAN
P.O. Box 18250
Phoenix, AZ  85005-8250

SABATINO NORTH AMERICA - LV
330 Coster St.
Bronx, NY  10474

SOUTHERN WINE & SPIRITS OF NV
P.O. Box 19299
Las Vegas, NV  89132-0299

SOVEREIGN BANK
P.O. Box 14833
Reading, PA  19612-4833

STATE OF NV DEPT. OF MOTOR VEHICLES
ATTN:  LEGAL DIVISION
555 WRIGHT WAY
Carson City, NV  89711

SYSCO FOOD SVCS OF LAS VEGAS
6201 E. Centennial Pkwy.
Las Vegas, NV  89115

TANYA BUCHANAN
8112 Azure Falls Ct.
Las Vegas, NV  89117

UNITED STATES ATTORNEY'S OFFICE
ATTN:  CIVIL PROCESS CLERK
333 LAS VEGAS BOULEVARD, SOUTH, #5000
Las Vegas, NV  89101

UNITED STATES TRUSTEE
300 LAS VEGASS BOULVARD, SOUTH, #4300
Las Vegas, NV  89101

URBANI TRUFFLES USA CORP.
1 SELLECK ST., #1B
Norwalk, CT  06855

VICTORIA PARTNERS, NV PTNR

VICTORIA PARTNERS, NV PTNR
c/o MGM Resorts Intl.
File 749443
Los Angeles, CA  90074-9443

WELLS FARGO
PAYMENT REMITANCE CENTER
P.O. Box 54349
Los Angeles, CA  90054-0349

WEST COAST PRIME MEATS
2004 E. 67th St.
Los Angeles, CA  90001

WIRTZ BEVERAGE
1849 W. Cheyenne Ave.
North Las Vegas, NV  89032

WORLD VARIETY PRODUCE
P.O. Box 21127
Los Angeles, CA  90021

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:    **ANDRE'S FRENCH RESTAURANT, INC.**

Case No.

Chapter    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:   ONLY INCLUDE information directly related to the business operation.)

| | | |
|---|---:|---:|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | |
| 1.  Gross Income For 12 Months Prior to Filing: | | $    1,982,530.00 |
| | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | |
| 2. Gross Monthly Income: | | $    175,000.00 |
| | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | |
| 3. Net Employee Payroll (Other Than Debtor) | $    49,800.00 | |
| 4. Payroll Taxes | 7,879.00 | |
| 5. Unemployment Taxes | 0.00 | |
| 6. Worker's Compensation | 666.00 | |
| 7. Other Taxes | 421.00 | |
| 8. Inventory Purchases (Including raw materials) | 41,539.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 3,360.00 | |
| 10. Rent (Other than debtor's principal residence) | 16,265.00 | |
| 11. Utilities | 3,144.00 | |
| 12. Office Expenses and Supplies | 561.00 | |
| 13. Repairs and Maintenance | 3,159.00 | |
| 14. Vehicle Expenses | 0.00 | |
| 15. Travel and Entertainment | 9,568.00 | |
| 16. Equipment Rental and Leases | 3,702.00 | |
| 17. Legal/Accounting/Other Professional Fees | 1,000.00 | |
| 18. Insurance | 2,069.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 1,568.00 | |
| | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| | $    0.00 | |
| | 0.00 | |
| | 0.00 | |
| | | |
| 21. Other (Specify) | | |
| **LICENSES PERMITS** | $    529.00 | |
| **MANAGEMENT FEE** | 20,560.00 | |
| **IRS TAX LIEN PAYMENT** | 3,430.00 | |
| | | |
| 22. Total Monthly Expenses | | $    169,220.00 |
| | | |
| PART D - ESTIMATED AVERAGE  NET MONTHLY INCOME: | | |
| | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $    5,780.00 |

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1. **Services Available from Credit Counseling Agencies**

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2. **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

Form B 201A, Notice to Consumer Debtor(s)                                                                                          Page 2

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**